414 A.2d 128

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant,**

**v.**

**Vivian O. FARRINGTON, Ronald J. Farrington, Bruce J. Farrington, Appellees.**

Supreme Court of Pennsylvania.

Argued April 22, 1980.

Decided May 16, 1980.

Edward D. Werblun, Martin Burman, Asst. Attys. Gen., for appellant.

Gregory J. Dean, King of Prussia, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.·

OPINION

PER CURIAM:

Order affirmed, 35 Pa.Cmwlth. 373, 387 A.2d 136.

FLAHERTY, J., took no part in the consideration or decision of this case.